UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ADAM SARR, individually and on behalf of
others similarly situated,

                            Plaintiff,              JUDGMENT

  v.                                                  22-CV-4386 (ENV)(MMH)

VEP ASSOCIATES LLC (d/b/a AMERICAN
FIRE AND SECURITY), and ROMAN PYATETSKY,

                            Defendants.
----------------------------------------------------------------X

      An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on April 15, 2024, adopting the Report and Recommendation of Magistrate Marcia M. Henry, dated March 25, 2024, denying plaintiff's motion for default without prejudice; granting plaintiff 30 days to file an amended complaint; and an Order having been filed on May 22, 2024, dismissing this action with prejudice; and directing the Clerk of Court to enter judgment and close this case; it is

      ORDERED and ADJUDGED that this action is dismissed with prejudice.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
       May 29, 2024                                               Clerk of Court

                                                     By:    */s/Jalitza Poveda*
                                                                      Deputy Clerk